# Exhibit A – Memorandum and Indices in Support of Bill of Costs

I. **Recoverable Transcript Costs**

Pursuant to 28 U.S.C. § 1920(2), Defendant Garry McCarthy ("McCarthy"), hereby seeks **$4,300.05** in costs for printed or electronically recorded transcripts necessarily obtained for use in the case. Except for Plaintiff Cleveland Hardy, all of the witnesses listed below were deposed by Plaintiff's counsel. In addition, pursuant to L.R. 54.1, the copy rate for the listed transcripts is either less than, or has been reduced to, $3.65, which was the regular copy rate as established by the Judicial Conference of the United States during the pendency of this proceeding. *See* N.D. Ill. General Order 12-0003.[1]

---

[1] https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_ clerksoffice/rules/admin/pdf orders/General%20Order%2012-0003%20-%20Transcript%20Copy %20Rates.pdf

| Recoverable Transcript Costs | | | | | |
|---|---|---|---|---|---|
| **Event** | **Date** | **Pages** | **Per Page** | **Total** | **Adjusted Total ($3.65 per page)** |
| Cleveland Hardy Dep Transcript (Day 1) | 8/1/2016 | 251 | $2.50 | $627.50 | $627.50 |
| Cleveland Hardy Dep Transcript (Day 2) | 8/9/2016 | 119 | $2.50 | $297.50 | $297.50 |
| Cleveland Hardy Dep Exhibits (Day 2) | 8/9/2016 | 25 | $0.35 | $8.75 | $8.75 |
| Eugene Williams Dep Transcript | 8/23/2016 | 272 | $2.90 | $788.90 | $788.90 |
| Donald O'Neill Dep Transcript | 10/7/2016 | 193 | $2.90 | $559.70 | $559.70 |
| Daniel Bartoli Dep Transcript | 10/18/2016 | 59 | $3.80 | $224.20 | $215.35 |
| Christine Batorski Dep Transcript | 10/24/2016 | 167 | $4.00 | $668.00 | $609.55 |
| John Johnson Dep Transcript | 10/13/2016 | 95 | $3.80 | $361.00 | $346.75 |
| Tracey Ladner Dep Transcript | 10/26/2016 | 205 | $3.80 | $779.00 | $748.25 |
| Tracey Ladner Dep Exhibits | 10/26/2016 | 216 | $0.25 | $54.00 | $54.00 |
| Transcript of Court Proceedings | 8/8/2016 | 5 | $7.25 | $36.25 | $18.25 |
| Transcript of Court Proceedings | 3/23/2017 | 7 | $4.85 | $33.95 | $25.55 |
| **Total:** | | | | $4438.75 | **$4,300.05** |

# Exhibit A – Memorandum and Indices in Support of Bill of Costs

**II.     Recoverable Copy Costs**

Pursuant to 28 U.S.C. § 1920(4), McCarthy ("McCarthy"), hereby seeks **$75.00** in reasonably necessary copying costs for the pleadings, motions, memoranda, and other filings submitted to the court.

| Recoverable Copy Costs | | | | | | |
|---|---|---|---|---|---|---|
| Date | Dkt. | Description | # of Pages | # of Copies | Cost[2] /Page | Total |
| 07/26/2016 | 92 | ATTORNEY Appearance for Defendant Garry McCarthy by Vincent J. Connelly (Connelly, Vincent) (Entered: 07/26/2016) | 1 | 1 | $0.20 | $0.20 |
| 07/26/2016 | 93 | ATTORNEY Appearance for Defendant Garry McCarthy by Richard Edward Nowak (Nowak, Richard) (Entered: 07/26/2016) | 1 | 1 | $0.20 | $0.20 |
| 07/26/2016 | 94 | ATTORNEY Appearance for Defendant Garry McCarthy by Rebecca Marie Klein (Klein, Rebecca) (Entered: 07/26/2016) | 1 | 1 | $0.20 | $0.20 |
| 08/04/2016 | 98 | MOTION by Defendant Garry McCarthy to file instanter *an amended affirmative defense* (Attachments: # 1 Exhibit A)(Nowak, Richard) (Entered: 08/04/2016) | 5 | 1 | $0.20 | $1.00 |
| 08/04/2016 | 99 | NOTICE of Motion by Richard Edward Nowak for presentment of motion to file instanter 98 before Honorable Milton I. Shadur on 8/8/2016 at 09:15 AM. (Nowak, Richard) (Entered: 08/04/2016) | 1 | 1 | $0.20 | $0.20 |
| 09/09/2016 | 129 | Amended Affirmative Defense by Garry McCarthy (Nowak, Richard) (Entered: 09/09/2016) | 1 | 1 | $0.20 | $0.20 |

---

[2] The requested $0.20 per page is within the range that courts in this district have found reasonable. *See, e.g., Harkins v. Riverboat Servs., Inc.*, 286 F. Supp. 2d 976, 982 (N.D. Ill. 2003).

| Date | No. | Description | Pages | Copies | Rate | Total |
|---|---|---|---|---|---|---|
| 01/30/2017 | 166 | MOTION by Defendant Garry McCarthy for leave to file excess pages *in support of his motion for summary judgment* (Nowak, Richard) (Entered: 01/30/2017) | 3 | 1 | $0.20 | $0.60 |
| 01/30/2017 | 167 | NOTICE of Motion by Richard Edward Nowak for presentment of motion for leave to file excess pages 166 before Honorable Milton I. Shadur on 2/2/2017 at 09:15 AM. (Nowak, Richard) (Entered: 01/30/2017) | 1 | 1 | $0.20 | $0.20 |
| 02/03/2017 | 169 | MOTION by Defendant Garry McCarthy for summary judgment (Nowak, Richard) (Entered: 02/03/2017) | 2 | 1 | $0.20 | $0.40 |
| 02/03/2017 | 170 | MEMORANDUM by Garry McCarthy in support of motion for summary judgment 169 (Nowak, Richard) (Entered: 02/03/2017) | 24 | 1 | $0.20 | $4.80 |
| 02/03/2017 | 171 | RULE 56.1(a) Statement by Garry McCarthy regarding motion for summary judgment 169 *(L.R. 56.1(a) Statement of Undisputed Material Facts)* (Attachments: # 1 Exhibit Ex. 1-16)(Nowak, Richard) (Entered: 02/03/2017) | 327 | 1 | $0.20 | $65.40 |
| 04/20/2017 | 207 | REPLY by Defendant Garry McCarthy *IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT* (Nowak, Richard) (Entered: 04/20/2017) | 8 | 1 | $0.20 | $1.60 |
| **Total Recoverable Copy Costs** | | | | | | **$75.00** |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23297 | 8/29/2016 | 19389 |
| Job Date | Case No. | |
| 8/1/2016 | 15 CV 1174 | |
| Case Name | | |
| Cleveland Hardy v. City of Chicago, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Richard Nowak
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

**Deposition Of**

Cleveland Hardy
Copy Transcript

251.00 Pages @ 2.50  627.50

TOTAL DUE >>>   $627.50

Okay to pay
8/29/2016
[initials]
#1651470S

Thank you for your business. We do expect payment within 21 days, so please process this invoice within that time. There will be a 1.5% interest charge per month on late invoices.

If paying by Credit Card or Paypal, please go to www.bridgescourtreporting.com, select SERVICES, then ONLINE PAYMENT. Add 3% to the total when paying by credit card or Paypal.

www.bridgescourtreporting.com   Ph. 312-332-6345   Fax: 312-332-1156

Tax ID: 01-0858250

Phone: 312-782-0600   Fax: 312-701-7711

*Please detach bottom portion and return with payment.*

Richard Nowak
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

Invoice No.  : 23297
Invoice Date : 8/29/2016
Total Due    : $627.50

Remit To: **Bridges Court Reporting**
10 S. LaSalle St
Suite 1950
Chicago, IL 60603

Job No.   : 19389
BU ID     : 1-MAIN
Case No.  : 15 CV 1174
Case Name : Cleveland Hardy v. City of Chicago, et al.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23296 | 8/29/2016 | 19495 |
| Job Date | Case No. | |
| 8/9/2016 | 15 CV 1174 | |
| Case Name | | |
| Cleveland Hardy v. City of Chicago, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Richard Nowak
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

Deposition Of
  Cleveland Hardy
    Copy Transcript         119.00 Pages  @  2.50    297.50
    Exhibit Scanning         25.00 Pages  @  0.35      8.75
                             TOTAL DUE >>>          $306.25

Thank you for your business. We do expect payment within 21 days, so please process this invoice within that time. There will be a 1.5% interest charge per month on late invoices.

If paying by Credit Card or Paypal, please go to www.bridgescourtreporting.com, select SERVICES, then ONLINE PAYMENT. Add 3% to the total when paying by credit card or Paypal.

www.bridgescourtreporting.com      Ph. 312-332-6345      Fax: 312-332-1156

8/29/2016
Okay to pay
#1651470S

Tax ID: 01-0858250

Phone: 312-782-0600   Fax: 312-701-7711

*Please detach bottom portion and return with payment.*

Richard Nowak
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 23296 |
| Invoice Date | : | 8/29/2016 |
| **Total Due** | : | **$306.25** |

| | | |
|---|---|---|
| Job No. | : | 19495 |
| BU ID | : | 1-MAIN |
| Case No. | : | 15 CV 1174 |
| Case Name | : | Cleveland Hardy v. City of Chicago, et al. |

Remit To:  Bridges Court Reporting
           10 S. LaSalle St
           Suite 1950
           Chicago, IL 60603

# INVOICE

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292  Fax:312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23748 | 10/5/2016 | 20630 |
| Job Date | Case No. | |
| 8/23/2016 | 15 C 1174 | |
| Case Name | | |
| HARDY v CITY OF CHICAGO/GARRY McCARTHY | | |
| Payment Terms | | |
| Net 15 | | |

REBECCA M. KLEIN
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

1 COPY OF TRANSCRIPT OF:
   EUGENE WILLIAMS                                   272.00 Pages   @ $2.90    788.80
                                                      TOTAL DUE >>>           $788.80

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC. ALSO FOR YOUR CONVENIENCE,
WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

Tax ID: 27-0986977                                              Phone: 312-782-0600  Fax:312-701-7711

*Please detach bottom portion and return with payment.*

REBECCA M. KLEIN
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

Invoice No.   : 23748
Invoice Date  : 10/5/2016
**Total Due**    : **$788.80**

Remit To: L.A. COURT REPORTERS, LLC.
          8 WEST MONROE STREET
          SUITE 2007
          CHICAGO, IL 60603

Job No.    : 20630
BU ID      : 1-NEW
Case No.   : 15 C 1174
Case Name  : HARDY v CITY OF CHICAGO/GARRY McCARTHY

#16514705- approved by R. Klein on 10/5/16

# INVOICE

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292  Fax:312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23826 | 10/19/2016 | 20853 |
| Job Date | Case No. | |
| 10/7/2016 | 15 C 1174 | |
| Case Name | | |
| HARDY v CITY OF CHICAGO/GARRY McCARTHY | | |
| Payment Terms | | |
| Net 15 | | |

VINCENT J. CONNELLY
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

1 COPY OF TRANSCRIPT OF:
   DON O'NEILL  - CITY 30(b)(6) WITNESS

193.00 Pages   @ $2.90    559.70

**TOTAL DUE >>>    $559.70**

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.   ALSO FOR YOUR CONVENIENCE, WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

Tax ID: 27-0986977

Phone: 312-782-0600   Fax:312-701-7711

*Please detach bottom portion and return with payment.*

VINCENT J. CONNELLY
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

Invoice No.  : 23826
Invoice Date : 10/19/2016
**Total Due** : **$559.70**

Job No.    : 20853
BU ID      : 1-NEW
Case No.   : 15 C 1174
Case Name  : HARDY v CITY OF CHICAGO/GARRY McCARTHY

Remit To:  L.A. COURT REPORTERS, LLC.
           8 WEST MONROE STREET
           SUITE 2007
           CHICAGO, IL 60603

# INVOICE

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292   Fax:312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23999 | 11/29/2016 | 20863 |
| Job Date | Case No. | |
| 10/13/2016 | 15 C 1174 | |
| Case Name | | |
| HARDY v CITY OF CHICAGO/GARRY McCARTHY | | |
| Payment Terms | | |
| Net 15 | | |

REBECCA M. KLEIN
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

ORIGINAL TRANSCRIPT OF:
JOHN JOHNSON

95.00 Pages  @ $3.80           361.00
TOTAL DUE >>>                 $361.00

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.   ALSO FOR YOUR CONVENIENCE,
WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

Matter # 16514705

Tax ID: 27-0986977                                          Phone: 312-782-0600   Fax:312-701-7711

*Please detach bottom portion and return with payment.*

REBECCA M. KLEIN
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

Invoice No.   : 23999
Invoice Date  : 11/29/2016
Total Due     : $361.00

Remit To:  L.A. COURT REPORTERS, LLC.
           8 WEST MONROE STREET
           SUITE 2007
           CHICAGO, IL 60603

Job No.    : 20863
BU ID      : 1-NEW
Case No.   : 15 C 1174
Case Name  : HARDY v CITY OF CHICAGO/GARRY McCARTHY

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23932 | 11/11/2016 | 20855 |

| Job Date | Case No. |
|---|---|
| 10/18/2016 | 15 C 1174 |

| Case Name |
|---|
| HARDY v CITY OF CHICAGO/GARRY McCARTHY |

| Payment Terms |
|---|
| Net 15 |

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292  Fax:312-419-9294

VINCENT J. CONNELLY
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

ORIGINAL TRANSCRIPT OF:
DAN BARTOLI

59.00 Pages @ $3.80   224.20

TOTAL DUE >>>   $224.20

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.   ALSO FOR YOUR CONVENIENCE,
WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

Tax ID: 27-0986977

Phone: 312-782-0600  Fax:312-701-7711

*Please detach bottom portion and return with payment.*

VINCENT J. CONNELLY
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

Invoice No.   : 23932
Invoice Date  : 11/11/2016
Total Due     : $224.20

Job No.    : 20855
BU ID      : 1-NEW
Case No.   : 15 C 1174
Case Name  : HARDY v CITY OF CHICAGO/GARRY McCARTHY

Remit To:  L.A. COURT REPORTERS, LLC.
           8 WEST MONROE STREET
           SUITE 2007
           CHICAGO, IL 60603

# INVOICE

L.A. COURT REPORTERS, LLC.
8 WEST MONROE STREET
SUITE 2007
CHICAGO, IL 60603
Phone:312-419-9292  Fax:312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23926 | 11/9/2016 | 20857 |
| Job Date | Case No. | |
| 10/24/2016 | 15 C 1174 | |
| Case Name | | |
| HARDY v CITY OF CHICAGO/GARRY McCARTHY | | |
| Payment Terms | | |
| Net 15 | | |

VINCENT J. CONNELLY
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

1 COPY OF TRANSCRIPT OF:
    CHRISTINE BATOWSKI

167.00 Pages  @ $4.00           668.00
TOTAL DUE >>>                  $668.00

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.  ALSO FOR YOUR CONVENIENCE,
WE TAKE ALL MAJOR CREDIT CARDS.
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

Matter # 16514705

Tax ID: 27-0986977

Phone: 312-782-0600   Fax: 312-701-7711

*Please detach bottom portion and return with payment.*

VINCENT J. CONNELLY
MAYER, BROWN, ROWE & MAW
71 SOUTH WACKER DR
CHICAGO, IL 60606

| Invoice No. | : | 23926 |
| Invoice Date | : | 11/9/2016 |
| Total Due | : | $668.00 |

Remit To:  L.A. COURT REPORTERS, LLC.
           8 WEST MONROE STREET
           SUITE 2007
           CHICAGO, IL 60603

| Job No. | : | 20857 |
| BU ID | : | 1-NEW |
| Case No. | : | 15 C 1174 |
| Case Name | : | HARDY v CITY OF CHICAGO/GARRY McCARTHY |

# INVOICE

L.A. COURT REPORTERS, LLC.  
8 WEST MONROE STREET  
SUITE 2007  
CHICAGO, IL 60603  
Phone:312-419-9292  Fax:312-419-9294

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24056 | 12/12/2016 | 20858 |
| Job Date | Case No. | |
| 10/26/2016 | 15 C 1174 | |
| Case Name | | |
| HARDY v CITY OF CHICAGO/GARRY McCARTHY | | |
| Payment Terms | | |
| Net 15 | | |

RICHARD NOWAK  
MAYER, BROWN, ROWE & MAW  
71 SOUTH WACKER DR  
CHICAGO, IL 60606

ORIGINAL TRANSCRIPT OF:  
  TRACEY LADNER      205.00 Pages  @ $3.80    779.00  
    Exhibit          216.00 Pages  @ $0.25     54.00  
                     TOTAL DUE >>>            $833.00

THANK YOU FOR YOUR BUSINESS. PLEASE MAKE CHECK PAYABLE TO L.A. COURT REPORTERS, LLC.  ALSO FOR YOUR CONVENIENCE, WE TAKE ALL MAJOR CREDIT CARDS.  
NOTE: A 2.5% INTEREST CHARGE WILL BE APPLIED PER MONTH PAST DUE.

(-) Payments/Credits:           0.00  
(+) Finance Charges/Debits:     0.00  
(=) New Balance:            $833.00

Tax ID: 27-0986977                           Phone: 312-782-0600  Fax:312-701-7711

*Please detach bottom portion and return with payment.*

RICHARD NOWAK  
MAYER, BROWN, ROWE & MAW  
71 SOUTH WACKER DR  
CHICAGO, IL 60606

Invoice No.  : 24056  
Invoice Date : 12/12/2016  
Total Due    : $ 833.00

Remit To: **L.A. COURT REPORTERS, LLC.**  
         **8 WEST MONROE STREET**  
         **SUITE 2007**  
         **CHICAGO, IL 60603**

Job No.    : 20858  
BU ID      : 1-NEW  
Case No.   : 15 C 1174  
Case Name  : HARDY v CITY OF CHICAGO/GARRY McCARTHY

| | AO44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160099

**MAKE CHECKS PAYABLE TO:**

Rebecca M. Klein
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Phone: (312) 782-0600

rklein@mayerbrown.com

Nancy L. Bistany, FCRR
United States Court Reporter
219 South Dearborn Street
Room 1706
Chicago, IL 60604

Phone: (312) 435-7626

Tax ID: 36-3865073
nancy_bistany@ilnd.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 08-08-2016 | DATE DELIVERED: 08-08-2016 |
|---|---|---|---|---|---|

**Case Style:** 15 C 1174, Cleveland Hardy v City of Chicago, et al.
Transcript of Proceedings before the Hon. Milton I. Shadur on August 8, 2016.  Pages 1-5

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 5 | 7.25 | 36.25 | | 1.20 | | | 0.90 | | 36.25 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 36.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Check No: 2011**    Date Paid:  01-04-2017    Amt: $36.25 | TOTAL DUE: | $0.00 |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| */s/ Nancy L. Bistany, RPR, FCRR* | 05-30-2017 |

*(All previous editions of this form are
cancelled and should be destroyed)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev 11/07) | | | | | | | | | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20160282

MAKE CHECKS PAYABLE TO:

Rebecca Klein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Phone: (312) 782-0600

Rosemary Scarpelli
Official Court Reporter
219 South Dearborn Street
Room 2304A
Chicago, IL 60604

Phone: (312) 435-5815

Tax ID: 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
Rosemary_Scarpelli@ilnd.uscourts.gov

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 03-24-2017
DATE DELIVERED: 03-29-2017

Case Style: 15 C 1174, Hardy v City of Chicago
3/23/17 Transcript of Proceedings before Judge Milton I. Shadur

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 7 | 4.85 | 33.95 | | 0.90 | | | 0.60 | | 33.95 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 33.95

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $33.95

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/Rosemary Scarpelli
DATE: 03-29-2017

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

OK pu. R. Nowak 3/28/17
#-1651470S